## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

WARREN SMITH,

      Petitioner,

v.                                            Civil Action No. 3:25cv726

VIRGINIA PAROLE BOARD, *et al.*,

      Respondents.

### MEMORANDUM OPINION

Petitioner, a Virginia inmate proceeding *pro se*, filed a Petition for Writ of Mandamus naming the Virginia Parole Board and Patricia West as Respondents. (ECF No. 1.) Petitioner seeks an order from this Court "compelling [Respondents] to provide Petitioner with the desired Parole Board investigation results and find that the Board acted in a manner that was intentional and willful when denying Petitioner the Board's investigative results." (ECF No. 1, at 3 (capitalization and punctuation corrected).) Petitioner fails to identify a procedural vehicle that authorizes the action he seeks.[1] Moreover, this Court lacks jurisdiction to grant mandamus relief against state officials. *In re Gurley*, 247 F. App'x 437, 438 (4th Cir. 2007) (citing *Gurley v. Superior Court of Mecklenburg Cty.*, 411 F.2d 586, 587 (4th Cir. 1969)). Therefore, the action will be DISMISSED as frivolous and failure to state a claim. *See* 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2).

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 10/16/2025
Richmond, Virginia

                                      M. Hannah Lauck
                                      United States District Judge

---

[1] Petitioner cites the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a) as a means to obtain the investigative report. (ECF No. 1, at 1.) However, Plaintiff may not bring a FOIA complaint against a state agency. *See* 5 U.S.C. § 551(1) ("Agency [under FOIA] means each authority of the government of the United States . . . .")